AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:56 am, Apr 24, 2023
**JEFFREY P. COLWELL, CLERK**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:23-cr-50039-03 |
| | ) | Colorado Case No 1:23-mj-00076-MEH. |
| BRIAN WHITE III | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brian White III ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance  21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)

Date: 3/24/2023

*Issuing officer's signature*

City and state:   Rapid City, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*


CC: usm-cls

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:23-cr-50039 |
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | Conspiracy to Distribute a Controlled Substance |
| THOMAS A. DELONG, SEAN P. FLYNN, BRIAN WHITE III, and MARCELO MORENO, | (21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)) |
| Defendants. | |

The Grand Jury charges:

Beginning at a time unknown to the Grand Jury but no later than on or about October 2017, and continuing to on or about the date of this Indictment, in the District of South Dakota and elsewhere, the defendants, Thomas A. Delong, Sean P. Flynn, Brian White III, and Marcelo Moreno, knowingly and intentionally, combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL

**NAME REDACTED**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____