IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00076-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN WHITE, III,

    Defendant.

---

## NOTICE OF APPEARANCE

---

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Jared Westbroek
    JARED WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    jared.westbroek@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, AUSA
    Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Brian White, III    (via Mail)

                                   s/Jared Westbroek
                                   JARED WESTBROEK
                                   Assistant Federal Public Defender
                                   633 17th Street, Suite 1000
                                   Denver, CO  80202
                                   Telephone:  (303) 294-7002
                                   FAX:  (303) 294-1192
                                   jared.westbroek@fd.org
                                   Attorney for Defendant